# UNITED STATES DISTRICT COURT
## Northern District of California

ISHMAEL THROWER,

        Plaintiff(s),

  v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,

        Defendant(s).
_____/

No. C 10-00632 MEJ

**ORDER VACATING CMC**

This matter is currently scheduled for a case management conference on May 27, 2010. However, there is no indication that the defendants have been served, and no docket activity has taken place since Plaintiff Ishmael Thrower filed his complaint. Accordingly, the Court hereby VACATES the May 27 c.m.c. Plaintiff shall file a status statement by May 27, 2010.

**IT IS SO ORDERED.**

Dated: May 21, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge