| | |
|---|---|
| 1 | Plaintiffs' and Defendants' Counsel Listed on Signature Block |
| 2 | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION | Case No. 4:09-cv-1967 CW |
| | ACTION FILED: May 5, 2009 |
| This Document Relates to: | |
| All Actions | |
| ISHMAEL THROWER, on behalf of himself and all others similarly situated, | Case No. 3:10-cv-00632-CW |
| Plaintiff, | ACTION FILED: February 12, 2010 |
| v. | **JOINT STATEMENT ON DISCOVERY STATUS PURSUANT TO CASE MANAGEMENT ORDER** |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION (a/k/a the "NCAA"), *et al.*, | |
| Defendants. | Date: N/A<br>Time: N/A<br>Judge: Hon. Claudia Wilken<br>Courtroom: 2, 4th Floor |

In the Court's "Case Management Order" entered July 28, 2011 (Dkt. 346), the Court stated at page 1 that "[b]y August 5, 2011, the parties shall file a joint statement that apprises the Court of outstanding discovery issues" and that "[a]ny discovery motion filed will be referred to a magistrate judge." In accordance with the Court's instructions, the parties hereby submit this Joint Statement on Discovery Status.

As used herein: (1) "Plaintiffs" shall mean all plaintiffs in the present litigation, (2) the "*Keller* Right of Publicity Plaintiffs" shall mean the plaintiffs in the *Keller* action and any similar right-of-publicity based actions previously consolidated before this Court, and (3) the "*O'Bannon* Antitrust Plaintiffs" shall mean the plaintiffs in the *O'Bannon* federal antitrust action and any similar antitrust-based actions previously consolidated before this Court.[1]

The parties have continued to confer in detail on a host of discovery issues, including in-person, via telephone and in writing on an often daily basis. Substantial rolling document productions and third party discovery are in process, and the continuing evaluation of the sufficiency and contents of those rolling productions may inform future discovery issues. Numerous depositions have been noticed, likely to take place in the Fall, and the parties continue to work together on scheduling issues. Additional document requests have been served, and other forms of formal and informal discovery such as public records requests and letters to third parties continue to be pursued.

The parties have worked through many potential and significant discovery disputes and resolved them, but continue to confer on various issues regarding electronically-stored information ("ESI") including search term and preservation issues, and whether the NCAA has any obligation or willingness to formally or voluntarily request or provide information from its members. Progress has been made on a number of fronts. Certain aspects of the issues presently seem more unlikely for resolution that others, but the parties believe that on balance there is utility to continued negotiations and sharing of positions prior to filing motions invoking the services of a magistrate judge, at which time positions may tend to harden and cut off potentially productive further negotiations. As such,

---

[1] This nomenclature was used in the prior four Joint Case Management Conference Statements, which also include detailed information on the Parties' respective views of, *inter alia*, the litigation's procedural history, facts and legal issues.

the parties believe that another four weeks of focus on certain issues will be productive, at which time they will file motions or request the services of a magistrate judge if needed.

With respect to Defendant Electronic Arts Inc. ("EA") and the antitrust claims, its status in the case as a defendant or non-party has been in flux, and its related discovery obligations had been disputed. Now that the Court issued its recent "Order Denying EA's Motion to Dismiss" on July 28, 2011 (Dkt. 345), counsel for EA and counsel for the Antitrust Plaintiffs have been communicating on moving discovery matters forward and in compliance with the case schedule.

Dated: August 5, 2011

Respectfully Submitted,

KILPATRICK STOCKTON LLP

/s/ Gregory S. Gilchrist

R. CHARLES HENN JR. (*pro hac vice*)
PETER M. BOYLE (*pro hac vice*)
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Email:
CHenn@kilpatricktownsend.com
PBoyle@kilpatricktownsend.com

GREGORY S. GILCHRIST (State Bar No. 111536)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email:
ggilchrist@kilpatricktownsend.com

***Attorneys for Defendant***
***Collegiate Licensing Company***

| | | |
|---|---|---|
| 1 | HAGENS BERMAN SOBOL SHAPIRO LLP | HAUSFELD LLP |
| 2 | | |
| 3 | /s/ Robert B. Carey | /s/ Jon T. King |
| 4 | Robert B. Carey (*pro hac vice*) | Michael P. Lehmann (Cal. Bar No. 77152) |
| | Leonard W. Aragon (*pro hac vice*) | Jon T. King (Cal. Bar No. 205073) |
| | 11 West Jefferson | Arthur N. Bailey, Jr. (Cal. Bar No. 248460) |
| | Suite 1000 Phoenix, AZ, 85003 | 44 Montgomery Street, 34th Floor |
| | Telephone: (602) 840-5900 | San Francisco, CA 94104 |
| | Facsimile: (602) 840-3012 | Tel: (415) 633-1908 |
| | Email: rcarey@hbsslaw.com | Fax: (415) 358-4980 |
| | leonard@hbsslaw.com | Email: mlehmann@hausfeldllp.com |
| | | jking@hausfeldllp.com |
| | Steve W. Berman WSBA #12536 (*Pro Hac Vice*) | abailey@hausfeldllp.com |
| | HAGENS BERMAN SOBOL SHAPIRO LLP | |
| | 1918 Eighth Avenue, Suite 3300 | Michael D. Hausfeld (*pro hac vice*) |
| | Seattle, Washington 98101 | Hilary K. Scherrer |
| | Telephone: (206) 623-7292 | HAUSFELD LLP |
| | Facsimile: (206) 623-0594 | 1700 K Street, NW, Suite 650 |
| | E-Mail: steve@hbsslaw.com | Washington, DC 20006 |
| | | Tel: (202) 540-7200 |
| | ***Plaintiffs' Interim Co-Lead Class Counsel With Primary Responsibility for the Right of Publicity Claims*** | Fax: (202) 540-7201 |
| | | Email: mhausfeld@hausfeldllp.com |
| | | hscherrer@hausfeldllp.com |
| | | |
| | | ***Plaintiffs' Interim Co-Lead Class Counsel with Primary Responsibility for the Antitrust Claims*** |

| | | |
|---|---|---|
| 1 | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. | KEKER & VAN NEST LLP |
| 2 | | /s/ R. James Slaughter |
| 3 | /s/ Gregory L. Curtner | Robert A. Van Nest |
| 4 | Gregory L. Curtner (*pro hac vice*)<br>Robert J. Wierenga (SBN183687) | R. James Slaughter<br>710 Sansome Street |
| 5 | Kimberly K. Kefalas (*pro hac vice*)<br>Atleen Kaur (*pro hac vice*) | San Francisco, CA 94111<br>Telephone: (415) 391-5400 |
| 6 | Suzanne L. Wahl (*pro hac vice*)<br>101 North Main St., 7th Floor | Facsimile: (415) 397-7188<br>Email: rslaughter@kvn.com |
| 7 | Ann Arbor, MI 48104<br>Telephone: (734) 663-2445 | LATHAM & WATKINS LLP |
| 8 | Facsimile: (734) 663-8624<br>Email: curtner@millercanfield.com | /s/ Timothy L. O'Mara Esq. |
| 9 | wierenga@millercanfield.com<br>kefalas@millercanfield.com | Daniel M. Wall |
| 10 | kaur@millercanfield.com<br>wahl@millercanfield.com | Timothy L. O'Mara Esq.<br>505 Montgomery Street, Suite 2000 |
| 11 | | San Francisco CA 94111-6538 |
| 12 | Jason A. Geller (SBN168149)<br>Glen R. Olson (SBN111914) | Phone (415) 391-0600<br>Fax (415) 395-8095 |
| 13 | David Borovsky (SBN 216588)<br>LONG & LEVIT LLP | E-mail: dan.wall@lw.com<br>          tim.omara@lw.com |
| 14 | 465 California Street, 5th Floor<br>San Francisco, CA 94104 | |
| 15 | Telephone: (415) 397-2222<br>Facsimile: (415) 397-6392 | ***Attorneys for Defendant***<br>***Electronic Arts Inc.*** |
| 16 | Email: jgeller@longlevit.com<br>         golson@longlevit.com | |
| 17 | dborovsky@longlevit.com | |
| 18 | ***Attorneys for Defendant***<br>***National Collegiate Athletic Association*** | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1 | I, Gregory S. Gilchrist, am the ECF User whose ID and password are being used to file this |
| 2 | **JOINT STATEMENT ON DISCOVERY STATUS** |
| 3 | In compliance with General Order 45, X.B., I hereby attest that Robert B. Carey, Jon T. King, |
| 4 | Gregory L. Curtner, R. James Slaughter, and Timothy L. O'Mara, Jr. have concurred in this filing. |
| 5 | **CERTIFICATE OF SERVICE** |
| 6 | I, Gregory S. Gilchrist, declare that I am over the age of eighteen (18) and not a party to the |
| 7 | entitled action. I am a partner in the law firm of Kilpatrick Townsend and Stockton LLP, and my |
| 8 | office is located at Two Embarcadero Center Eighth Floor, San Francisco, CA 94111 |
| 9 | On August 5, 2011, I filed the following: |
| 10 | **JOINT STATEMENT ON DISCOVERY STATUS** |
| 11 | with the Clerk of the Court using the Official Court Electronic Document Filing System which |
| 12 | served copies on all interested parties registered for electronic filing. |
| 13 | I also certify that I caused true and correct Chambers Copies of the foregoing document(s) to |
| 14 | be hand-delivered to the following Judge pursuant to Civil L.R. 3-12(b) by noon of the following |
| 15 | day: |

The Hon. Claudia Wilken
U.S.D.C., Northern District of California
Oakland Courthouse,
Courtroom 2 - 4th Floor
1301 Clay Street, Oakland, CA 94612

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Gregory S. Gilchrist
Gregory S. Gilchrist