IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISHMAEL THROWER, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, also known as NCAA; and COLLEGIATE LICENSING COMPANY, also known as CLC,<br><br>      Defendants.<br>_____/ | No. C 10-632 CW<br><br>ORDER TO SHOW CAUSE WHY INDIVIDUAL ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

On April 17, 2012, the Court set a case management conference in the above-captioned case for May 16, 2012 at 2:00 p.m. Plaintiff Ishmael Thrower failed to appear, in person or through counsel, at the case management conference.

Accordingly, the Court ORDERS Plaintiff to show cause why his individual action should not be dismissed for failure to prosecute. Plaintiff's response, supported by a declaration executed under penalty of perjury, shall be filed within two days of the date of this order. Failure to respond to this order will result in dismissal of Plaintiff's individual claims for failure to prosecute.

IT IS SO ORDERED.

Dated: 5/17/2012

CLAUDIA WILKEN
United States District Judge